**E-FILED**
Wednesday, 26 October, 2005 12:10:41 PM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL _____ DISTRICT OF _____ ILLINOIS _____

UNITED STATES OF AMERICA

v.

DANIELLE ALINDSEY PRICE,
STEVEN WAYNE PEACOCK,
DONALD LEE LUCAS, JR., and
MIGUEL ANDRES BARAJAS

## CRIMINAL COMPLAINT

CASE NUMBER: _05- 6423M_ FILED

OCT 2 6 2005

U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

I, the undersigned complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT ONE
### (CONSPIRACY TO DISTRIBUTE AND POSSESS
### WITH INTENT TO DISTRIBUTE METHAMPHETAMINE)

From on or about October 11, 2005, to on or about October 15, 2005, in Henry County, in the Central District of Illinois, and elsewhere, the defendants,

**DANIELLE ALINDSEY PRICE,**
**STEVEN WAYNE PEACOCK,**
**DONALD LEE LUCAS, JR., and**
**MIGUEL ANDRES BARAJAS,**

did conspire with each other and with other persons to knowingly and intentionally distribute and possess with intent to distribute at least 500 grams of a mixture and substance containing a detectible amount of methamphetamine, a Schedule II controlled substance,

all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846.

### COUNT TWO
### (POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE)

On or about October 15, 2005, in Henry County, in the Central District of Illinois, and elsewhere, the defendants,

**DANIELLE ALINDSEY PRICE,**
**STEVEN WAYNE PEACOCK,**
**DONALD LEE LUCAS, JR., and**
**MIGUEL ANDRES BARAJAS,**

did knowingly and intentionally possess with intent to distribute at least 500 grams of a mixture and substance containing a detectible amount of methamphetamine, a Schedule II controlled substance,

all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

I further state that I am a Special Agent, Drug Enforcement Administration, and that this Complaint is based on the following facts:

    See attached Affidavit in Support of Complaint which is made a part hereof.

Continued on the attached sheet and made a part hereof:        ☒ Yes ☐ No


                             S/Russell Coulter
                             Signature of Complainant
                             Russell Coulter, Special Agent
                             Drug Enforcement Administration

Sworn to before me and subscribed in my presence,

October **26**, 2005                    Rock Island, Illinois

                           at
Date                                      City and State


Thomas J. Shields
United States Magistrate Judge

                             S/Thomas J. Shields
Name & Title of Judicial Officer           Signature of Judicial Officer

- 2 -

## **AFFIDAVIT IN SUPPORT OF COMPLAINT**

RUSSELL COULTER, being first duly sworn upon oath, deposes and states as follows:

1. I am a Special Agent with the U.S. Drug Enforcement Administration (DEA), and have been so employed since January 1997. Prior to this, I was employed as a Special Agent with the U.S. Railroad Retirement Board, Office of Inspector General for approximately six years. During my law enforcement career, I have been involved in the undercover and controlled purchase of narcotics, the management of and debriefing of confidential sources, the tracing of drug proceeds, and the acquisition and execution of numerous search warrants. I am aware of the information set forth below through personal investigation, review of police reports, and discussions with other law enforcement officers.

2. The following is an affidavit in support of a criminal complaint charging Danielle Alindsey Price, Miguel Andres Barajas, Steven Wayne Peacock, and Donald Lee Lucas, with violations of Title 21, United States Code, Section 841(a)(1), 841(b)(1)(A), and 846, Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine and Possession With Intent to Distribute at least 500 grams of a mixture and substance containing methamphetamine.

3. On October 15, 2005, at approximately 7:18 am, an Illinois State Police trooper stopped a Ford Explorer and a Chevrolet Monte Carlo that was following the Explorer for traffic violations on eastbound Interstate 80 in Henry County, Illinois. The Explorer was driven by Danielle

-1-

Alindsey Price and further occupied by Miguel Andres Barajas. The Monte Carlo was driven by

Donald Lee Lucas and further occupied by Steven Wayne Peacock. As the trooper was

conducting the traffic stop, he observed the passenger of the Monte Carlo, Peacock, throwing

several items out the window of the vehicle, including a plastic baggie that was later recovered

and found to contain approximately 4 grams of methamphetamine.

4. As the trooper who initially stopped the vehicles was completing written warnings and a

traffic citation for Price and Lucas, a second trooper arrived and conducted a walk-around of both

vehicles with a narcotics canine. The canine alerted positively to both vehicles for the presence

of the odor of narcotics. A subsequent search of the Ford Explorer led to the discovery of

suspected bundles of methamphetamine underneath the center console of the vehicle. A further

search led to the seizure of approximately 5 pounds of a substance that field tested positive for

the presence of methamphetamine.

5. Miguel Andres Barajas subsequently provided a post-*Miranda* statement. Barajas

advised that he, Price, Lucas, and Peacock had traveled from Michigan to the Phoenix, Arizona

area to obtain methamphetamine. Barajas advised that Price had met with a source of supply and

provided U.S. Currency to same for the purchase of the methamphetamine. According to

Barajas, Peacock had also provided an additional amount of U.S. Currency to Price for the

purchase of an unknown amount of methamphetamine. Barajas advised that after arriving in the

Phoenix area, the group stayed at a hotel for a few hours while Price conducted the drug

transaction with the source, then, shortly after Price concluded the transaction, the group had left

-2-

the hotel and begun the return trip back to Michigan. Barajas further advised agents that he (Barajas), Price, Lucas, and Peacock all knew that the purpose of the trip was to obtain methamphetamine in Arizona and transport it back to Michigan. Barajas added that Lucas had also provided him – Barajas – with an amount of methamphetamine in Arizona after the purchase conducted by Price.

6. Based on the foregoing, I have reason to believe that Danielle Alindsey Price, Miguel Andres Barajas, Steven Wayne Peacock, and Donald Lee Lucas, violated Title 21, United States Code, Section 841(a)(1), 841(b)(1)(A), and 846, Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine and Possession With Intent to Distribute at least 500 grams of a mixture and substance containing methamphetamine.

S/Russell Coulter
_____

Russell Coulter, Special Agent
Drug Enforcement Administration

Sworn to before me and subscribed in my presence this 26th day of October, 2005.

S/Thomas J. Shields
_____
Thomas J. Shields
United States Magistrate Judge

-3-