E-FILED
Wednesday, 26 October, 2005  04:13:50 PM
Clerk, U.S. District Court, ILCD

AO 470 (8/85) Order of Temporary Detention

# United States District Court

__CENTRAL__ DISTRICT OF __ILLINOIS__

UNITED STATES OF AMERICA

v.

Danielle Alindsey Price
Steven Wayne Peacock
Donald Lee Lucas
Miguel Andres Barajas
_Defendant_

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Case Number: 05-mj-6423

FILED OCT 2 6 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Upon motion of the __U.S. Government__, it is ORDERED that a detention hearing is set for __Friday, 10/28/05__ * at __10:00am__
                                                     Date                              Time

before __U.S. Magistrate Judge Thomas J. Shields__
              _Name of Judicial Officer_

__211 19th Street, Rock Island, IL__
              _Location of Judicial Officer_

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____ ) and produced for the hearing.
                                                                       _Other Custodial Official_

Date: __October 26, 2005__          S/Thomas J. Shields
                                              _Judicial Officer_

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.