E-FILED
Thursday, 17 November, 2005 02:04:32 PM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

vs.

DANIELLE ALINDSEY PRICE

**WARRANT FOR ARREST**

CASE NO. 05-6423 M

TO: THE UNITED STATES MARSHAL and any
AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest _Danielle Alindsey Price_, and bring her
Name

forthwith to the nearest magistrate to answer a complaint, charging:

FILED
NOV 17 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

### COUNT ONE
### (CONSPIRACY TO DISTRIBUTE AND POSSESS
### WITH INTENT TO DISTRIBUTE METHAMPHETAMINE)

From on or about October 11, 2005, to on or about October 15, 2005, in Henry County, in the Central District of Illinois, and elsewhere, the defendants,

**DANIELLE ALINDSEY PRICE,
STEVEN WAYNE PEACOCK,
DONALD LEE LUCAS, JR., and
MIGUEL ANDRES BARAJAS,**

did conspire with each other and with other persons to knowingly and intentionally distribute and possess with intent to distribute at least 500 grams of a mixture and substance containing a detectible amount of methamphetamine, a Schedule II controlled substance,

all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846.

## COUNT TWO
## (POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE)

On or about October 15, 2005, in Henry County, in the Central District of Illinois, and elsewhere, the defendants,

**DANIELLE ALINDSEY PRICE,**
**STEVEN WAYNE PEACOCK,**
**DONALD LEE LUCAS, JR., and**
**MIGUEL ANDRES BARAJAS,**

did knowingly and intentionally possess with intent to distribute at least 500 grams of a mixture and substance containing a detectible amount of methamphetamine, a Schedule II controlled substance,

all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

| Thomas J. Shields | U.S. Magistrate Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| S/Thomas J. Shields | October 26, 2005 at Rock Island, Illinois |
| Signature of Issuing Officer | Date and Location |

Bail fixed at ☒ Pre-Trial Detention by Thomas J. Shields, U.S. Magistrate Judge
Name of Judicial Officer

### RETURN
This warrant was received and executed with the arrest of the above named defendant at _____

| Date Received 10-28-05 | Name of Arresting Officer Russ Coulter | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 8-26-05 | Title of Arresting Officer DEA | |